Harold E. FERGER, William J. Norton, Patrick F. Norton, and Columbus P. Brittain

v.

LOCAL 483 OF the INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL AND ORNAMENTAL IRON WORKERS, AFL–CIO, Appellant.

No. 14996.

United States Court of Appeals Third Circuit.

Argued Feb. 11, 1965.

Decided Feb. 25, 1965.

Thomas L. Parsonnet, Newark, N. J. (Parsonnet & Parsonnet, Newark, N. J., on the brief), for appellant.

D. F. Moore Craig, Newark, N. J. (Bracken & Walsh, Newark, N. J., John J. Bracken, Newark, N. J., on the brief), for appellees.

Before KALODNER, STALEY and FREEDMAN, Circuit Judges.

PER CURIAM.

On review of the record we find no error. The Judgment of the District Court will be affirmed for the reasons so well stated by Judge Meaney in his opinion of May 7, 1964, 238 F.Supp. 1016.

MONTANA EASTERN PIPE LINE COMPANY, Appellant,

v.

SHELL OIL COMPANY, Fidelity Gas Company and Montana-Dakota Utilities Company, Appellees.

No. 19327.

United States Court of Appeals Ninth Circuit.

March 15, 1965.

Rehearing Denied May 10, 1965.

E. K. Cheadle, Billings, Mont., for appellant.

John D. Lawyer, Denver, Colo., Armin M. Johnson, Minneapolis, Minn., Raymond Hildebrand, Glendive, Mont., for appellees.

Before ORR, HAMLEY and BROWNING, Circuit Judges.

PER CURIAM.

The judgment of the District Court is affirmed for the reasons stated in its opinion. Montana Eastern Pipe Line Company v. Shell Oil Company et al., 216 F.Supp. 214 (D.Mont.1963).